**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PACKAGING SUPPLIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HARLEY-DAVIDSON, INC.; and HARLEY-DAVIDSON MOTOR COMPANY, INC., | ) | |
| | ) | |
| Defendants | ) | Civil Action No. 08-C-400 |
| | ) | |
| | ) | Hon. Robert M. Dow, Jr. |
| | ) | |
| HARLEY-DAVIDSON, INC.; HARLEY-DAVIDSON MOTOR COMPANY, INC.; and H-D MICHIGAN, LLC, | ) | |
| | ) | |
| | ) | |
| Counterclaim Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PACKAGING SUPPLIES, INC., | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |
| | ) | |

## STIPULATED MOTION FOR ENTRY OF CONSENT JUDGMENT

Pursuant to the Court's Minute Entry (Dckt. #98), dated November 22, 2011, the Parties respectfully submit this Stipulated Motion for Entry of a Consent Judgment.  In support of this Stipulated Motion, the Parties state:

1.  The proposed Consent Judgment, attached hereto, was the subject of arms-length negotiation and agreement of the Parties and their counsel of record as an integral part of a comprehensive, confidential Settlement Agreement.

2.  The terms of the proposed Consent Judgment are consistent with the issues
    adjudicated and found by this Court in its Memorandum Opinion and Order, dated
    May 12, 2011, and with the requirements of Federal Rule of Civil Procedure 65.

3.  The Parties' Settlement Agreement and proposed Consent Judgment fully and
    finally resolves all issues in this litigation.  Entry of the proposed Consent
    Judgment should permit the Court to enter a final judgment in this matter.

Wherefore, the parties respectfully request the Court to enter the proposed Consent
Judgment attached hereto as Exhibit 1.

Dated:  December 2, 2011

By:  /s/ Thomas M. Williams
Thomas M. Williams
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-3792

**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
James G. Kress
Barbara O. Bruckmann
Charles M. Malaise
(202) 639-7884

*Counsel for Harley-Davidson, Inc., Harley-Davidson Motor Company, Inc., and H-D Michigan, LLC*

By:  /s/ Alan F. Block
Alan F. Block
**BLOCK & LANDSMAN**
33 N. LaSalle, Suite 1400
Chicago, IL 60602
(312) 251-1144

*Counsel for Packaging Supplies, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on December 2, 2011, a true and correct copy of **STIPULATED MOTION FOR ENTRY OF CONSENT JUDGMENT** was filed with the Court's CM/ECF system, which will send electronic notice to all attorneys of record.

<u>/s/ Thomas M. Williams</u>

CHI:2601047.1